**IN RE: Gary Lawrence OZENNE, Debtor,**

**Gary Lawrence Ozenne, Appellant,**

v.

**Chase Manhattan Bank; Ocwen Loan Servicing; Ocwen Federal Bank FSB, Appellees.**

No. 11-60039

BAP No. 11-1208

United States Court of Appeals, Ninth Circuit.

FILED JULY 13, 2016

Gary Lawrence Ozenne, Pro Se.

Jeffrey S. Allison, Esquire, Attorney, Eric D. Houser, Attorney, Houser & Allison, APC, Irvine, CA, for Appellees

Samuel Maizel, Dentons US LLP, Los Angeles, CA, Thomas R. Phinney, Esquire, Attorney, Parkinson Phinney, Sacramento, CA, for American Bar Association and California Bankruptcy Forum, Amici Curiae,

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.